FILED

08 JUN 18 PM 3:04

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury

'08 CR 2036 BEN

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. _____ |
| Plaintiff, | I N D I C T M E N T |
| v. | Title 21, U.S.C., Secs. 952 and 960 - Importation of Methamphetamine; Title 21, U.S.C., Sec. 841(a)(1) - Possession of Methamphetamine with Intent to Distribute; Title 18, U.S.C., Sec. 2 - Aiding and Abetting |
| JESUS MANUEL BOTELLO-RAMOS (1), MARIBEL MEJIA (2), | |
| Defendants. | |

The grand jury charges:

Count 1

On or about June 9, 2008, within the Southern District of California, defendants JESUS MANUEL BOTELLO-RAMOS and MARIBEL MEJIA did knowingly and intentionally import 500 grams and more of a mixture and substance containing a detectable amount, to wit: approximately 10.94 kilograms (24.06 pounds) of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960, and Title 18, United States Code, Section 2.

//

//

CEK:fer:Imperial
6/16/08

Count 2

On or about June 9, 2008, within the Southern District of California, defendants JESUS MANUEL BOTELLO-RAMOS and MARIBEL MEJIA did knowingly and intentionally possess, with intent to distribute, 500 grams and more of a mixture and substance containing a detectable amount, to wit: approximately 10.94 kilograms (24.06 pounds) of methamphetamine, a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

DATED: June 18, 2008.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
CHARLOTTE E. KAISER
Assistant U.S. Attorney