FILED

JUN 1 7 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___EF___          DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Magistrate Case No. 08MJ8524 |
| Plaintiff, | ) | |
| v. | ) | FINDINGS OF FACT AND ORDER OF DETENTION |
| Maribel MEJIA (2), | ) | |
| Defendant. | ) | |

In accordance with § 3142(f) of the Bail Reform Act of 1984 (18 U.S.C. § 3141 et seq.), a detention hearing was held on June 13, 2008, to determine whether defendant Maribel MEJIA, should be held in custody pending trial on the grounds that she is a flight risk. Assistant U. S. Attorney John F. Weis appeared on behalf of the United States. Matthew Hagen of Federal Defenders of San Diego, Inc., appeared on behalf of the Defendant.

Based on the evidence proffered by the United States and the Defendant, the pretrial services report, and the criminal complaint issued against the June 10, 2008, by this Court, the Court concludes that the following facts establish by a preponderance of the evidence that no condition or combination of conditions will reasonably assure the appearance of the Defendant required.

///

///

///

I

## FINDINGS OF FACT

A.     Nature and Circumstances of the Offense Charged (18 U.S.C. §3142(G)(1)

1.     The Defendant is charged in Criminal Complaint No. 08MJ8524 with the importation of 10.94 kilograms (24.06 pounds) of methamphetamine into the United States in violation of 21 U.S.C. § 952 and 960. Therefore, probable cause exists to believe the Defendant committed the charged offense.

2.     The charged offense is an offense for which a maximum term of imprisonment of 10 years or more is prescribed in the Uniform Controlled Substances Act (21 U.S.C.§ 801 et seq.). Thus, there arises a presumption that no condition or combination of conditions will reasonably assure the appearance of the Defendant as required. See 18 U.S.C. § 3142(e).

3.     The offense carries with it a minimum mandatory 10 year sentence and a maximum life sentence. See 21 U.S.C. § 960(b)(2)(B). According to the United States Sentencing Guidelines, the Base Offense level is 36, See USSG § 2D1.1(2). Assuming the Defendant's criminal history score places her in Criminal History Category I, see USSG § 4A1.1., the sentencing range for the Defendant is 188-235 months in prison.

B.     Weight of the Evidence Against the Defendant (18 U.S.C. § 3142(g)(2)

1.     On June 9, 2008, Defendant was a passenger in a 2003 Chevrolet Impala being driving by her husband (Defendant (1)) as they entered the United States from Mexico, through the Calexico, California East Port of Entry. During primary inspection, Defendant (1) claimed 8-month-vehicle ownership. Customs & Border Protection Officer Nevarez noticed a strong odor of air freshener. All occupants and the vehicle were referred to the vehicle secondary area for inspection. A Narcotic Detection Dog alerted to the vehicle. Further inspection of the vehicle revealed 10.94 kilograms (24.06 pounds) of methamphetamine concealed within the gas tank area of the vehicle. Defendant denied any knowledge of the methamphetamine in the vehicle. Defendant stated her husband left her at her grandfather's house because her grandfather was ill, while he went to get the vehicle washed.

C.    <u>History and Characteristics of the Defendant (18 U.S.C. § 3142(G)(3)</u>

    1.    The Defendant is a United States citizen.

    2.    The Defendant resides with her husband and daughter in Imperial,California.

    3.    The Defendant is employed as an accounting clerk for the Imperial County Office of Education.

D.    <u>Nature and Seriousness of Danger Posed by Release (18 U.S.C. § 3142(g)(4)</u>

    1.    Other than that the charged crime is a drug trafficking offense, there is nothing to suggest that release of the Defendant would pose a danger to any person or the community.

II

<u>REASONS FOR DETENTION</u>

A.    There is probable cause to believe that the Defendant committed the offense charged in Criminal Complaint No. 08MJ8524, namely, the importation of  10.94 kilograms (24.06 pounds) methamphetamine into the United States in violation of 21 U.S.C. § 952 and 960.

B.    The Defendant faces a substantial period of time in custody if convicted of the offense charged in the Complaint.  She therefore has a strong motive to flee.

C.    The Defendant has not rebutted the presumption, based upon the Court's findings that there is probable cause to believe that the Defendant committed an offense for which a maximum term of imprisonment of 10 years or more is prescribed in the Controlled Substances Act (21 U.S.C. § 801 et seq.), that no condition or combination of conditions will reasonably assure the appearance of the Defendant at future court proceedings.

D.    Defendant has further offered insufficient collateral to rebut the presumption under 21 U.S.C. § 801 et seq.

III

<u>ORDER</u>

IT IS HEREBY ORDERED that the Defendant be detained pending trial in this matter.

IT IS FURTHER ORDERED that the Defendant be committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent

1    practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The

2    Defendant shall be afforded reasonable opportunity for private consultation with counsel.

3         While in custody, upon order of a court of the United States or upon the request of an attorney

4    for the United States, the person in charge of the correctional facility shall deliver the Defendant to the

5    United States Marshal for the purpose of an appearance in connection with a court proceeding or any

6    other appearance stipulated to by defense and government counsel.

7         THIS ORDER IS ENTERED WITHOUT PREJUDICE.

8         IT IS SO ORDERED.

9         DATED:    6-17-08

10

11    _____

12    ANTHONY J. BATTAGLIA
     UNITED STATES MAGISTRATE JUDGE

13    Prepared by:

14    KAREN P. HEWITT
     United States Attorney

15

16

17    John F. Weis
     Assistant U. S. Attorney

18

19    cc:    Matthew Hagen
             of Federal Defenders of San Diego, Inc.

20

21

22

23

24

25

26

27

28