AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

### DISTRICT OF

### APPEARANCE

Case Number:

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

I certify that I am admitted to practice in this court.

/s/ ELIZABETH M. BARROS

| | |
|---|---|
| Date | Signature |
| | Print Name                                    Bar Number |
| | Address |
| | City                    State                    Zip Code |
| | Phone Number                              Fax Number |

1  **ELIZABETH M. BARROS**
   California State Bar No. 227629
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, CA 92101-5008
   (619) 234-8467/Fax: (619) 687-2666
4  E-Mail: elizabeth_barros@fd.org

5  Attorneys for Maribel Mejia

6

7

8                  UNITED STATES DISTRICT COURT

9                 SOUTHERN DISTRICT OF CALIFORNIA

10                **(HONORABLE ROGER T. BENITEZ)**

11  UNITED STATES OF AMERICA,        )    Case No. 08CR2036-BEN-02
                                     )
12            Plaintiff,             )
                                     )
13  v.                               )    **CERTIFICATE OF SERVICE**
                                     )
14  MARIBEL MEJIA,                   )
                                     )
15            Defendant.             )
    _____ )

16

17        Counsel for Defendant certifies that a copy of the foregoing document has been served this day upon:

18                      U.S. Attorney CR
                   Efile.dkt.gc2@usdoj.gov; and
19
                   Russell Sheridan Babcock
20                    russbab@aol.com

21                      Respectfully submitted,

22

23  DATED:      June 23, 2008           /s/ Elizabeth M. Barros
                                     **ELIZABETH M. BARROS**
24                                   Federal Defenders of San Diego, Inc.
                                     Attorneys for Maribel Mejia
25

26

27

28