# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA



| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>    vs.<br><br>MARIBEL MEJIA (2),<br><br>               Defendant. | CASE NO. 08CR2036-BEN<br><br>**JUDGMENT OF DISMISSAL** |

    IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___  an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___  the Court has dismissed the case for unnecessary delay; or

_X_  the Court has granted the motion of the Government for dismissal; or

___  the Court has granted the motion of the defendant for a judgment of acquittal; or

___  a jury has been waived, and the Court has found the defendant not guilty; or

___  the jury has returned its verdict, finding the defendant not guilty;

_X_  of the offense(s) of: **TITLE 21 U.S.C. §952 and 960;**
                            **TITLE 21 U.S.C. §841(a)(1);**
                            **TITLE 18 U.S.C. §2.**

    IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: AUGUST 18, 2008

                                        HON. ROGER T. BENITEZ
                                        UNITED STATES DISTRICT JUDGE

                                        ENTERED ON _____