FILED
AUG 22 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                    DEPUTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 08CR2036-BEN |
|---|---|
| Plaintiff, | |
| vs. | JUDGMENT OF DISMISSAL |
| MARIBEL MEJIA (2), | |
| Defendant. | |

FILED
AUG 26 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                    DEPUTY

   IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

_X_ the Court has granted the motion of the Government for dismissal; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offense(s) of: **TITLE 21 U.S.C. §952 and 960;**
                          **TITLE 21 U.S.C. §841(a)(1);**
                          **TITLE 18 U.S.C. §2.**

   IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: AUGUST 18, 2008

HON. ROGER T. BENITEZ
UNITED STATES DISTRICT JUDGE

EXECUTED WITHIN
RL-DISMISS 08/25/08.

ENTERED ON _____